Aaron Miller
Freeman and Jones, LLC
3555 NORTHLAKE BLVD, STE C
PALM BCH GDNS, FL 33403-1625

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 27, 2024

Marta Batiste
Bey & Associates, LLC
191 PEACHTREE ST STE 3200
ATLANTA, GA 30303

N. John Bey
Bey & Associates, LLC
191 PEACHTREE ST STE 3200
ATLANTA, GA 30303

James Griffin O'Brien
Bey & Associates, LLC
191 PEACHTREE ST STE 3200
ATLANTA, GA 30303

Appeal Number: 24-13956-J
Case Style: Shenae Dawkins v. Innovation Truck Service, LLC, et al
District Court Docket No: 1:23-cv-02273-SCJ

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files in the **District Court** a completed Transcript Order Form OR a certificate stating no transcript will be ordered. See FRAP 10(b)(1) & the accompanying 11th Cir. IOP.

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers
General Information: 404-335-6100   Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135   Capital Cases: 404-335-6200

CM/ECF Help Desk: 404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-1 Deficiency

USCA11 Case: 24-13956     Document: 13     Date Filed: 01/24/2025     Page: 4 of 4

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, NW
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ATLANTA GA RPDC 302
31 DEC 2024 PM 3 L



US POSTAGE — PITNEY BOWES
ZIP 30303 $ 000.69
02 4W
0000368939 DEC. 31. 2024

U.S. MARSHALS SERVICE
JAN 2 1 2025
11th Circuit Court of Appeals (COA)
CLEARED SECURITY

NIXIE    331   FE 1     0001/13/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 30303229599    *0447-04451-01-04